**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Meitav*
*Provident and Pension Funds Ltd. and*
*Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HARSH PATEL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SNOWFLAKE INC., FRANK SLOOTMAN, and MICHAEL P. SCARPELLI, <br><br> Defendants. | Case No.: 3:26-cv-01613-JD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS** <br><br> CLASS ACTION |

| | |
|---|---|
| SAMANTHA SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>SNOWFLAKE, INC., FRANK SLOOTMAN, and MICHAEL P. SCARPELLI,<br><br>    Defendants. | Case No.: 3:26-cv-04869-JD<br><br>CLASS ACTION |

**WHEREAS**, on February 24, 2026, the above-captioned putative securities class action *Patel v. Snowflake Inc.*, 3:26-cv-01613 ("*Patel*") was filed against Defendants Snowflake Inc. ("Snowflake"), Frank Slootman, and Michael P. Scarpelli, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b), 78t(a), arising from alleged misrepresentations and omissions concerning, *inter alia*, the impact of product efficiency gains, Iceberg Tables, and tiered storage pricing on consumption and revenues and alleging a Class Period extending from June 27, 2023 through the close of the market on February 28, 2024 (4:00 p.m. ET), inclusive (*Patel* Dkt. No. 1);

**WHEREAS**, on February 24, 2026, counsel for Plaintiff in *Patel* published a notice, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), advising members of the putative class in *Patel* of an April 27, 2026 deadline to seek appointment as Lead Plaintiff in that action;

**WHEREAS**, on the April 27, 2026 Lead Plaintiff motion deadline, three movants, including Meitav Provident and Pension Funds Ltd. ("Meitav"), timely moved this Court for appointment as Lead Plaintiff in *Patel*;

**WHEREAS**, on May 22, 2026, the putative securities class action *Smith v. Snowflake Inc.*, 3:26-cv-04869 ("*Smith*" and, together with *Patel*, the "Related Actions") was filed against the same Defendants as named in *Patel*, asserting claims under Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b), 78t(a), arising from alleged misrepresentations and omissions concerning, *inter alia*, the impact of product efficiency gains, Iceberg Tables, and tiered storage pricing on consumption and revenues, as well as certain cybersecurity practices and risks and alleging a Class Period extending from May 24, 2023 through June 10, 2024, inclusive (*Smith* Dkt. No. 1);

**WHEREAS**, on June 1, 2026, pursuant to the PSLRA, the Court entered an Order appointing Meitav as Lead Plaintiff in *Patel* and approving its selection of Pomerantz LLP ("Pomerantz") as Lead Counsel (*Patel* Dkt. No. 39);

**WHEREAS**, the Related Actions allege violations of the federal securities laws against the same Defendants during overlapping class periods, asserting claims under Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b), 78t(a), arising from alleged misrepresentations and omissions concerning the impact of product efficiency gains, Iceberg Tables, and tiered storage pricing on consumption and revenues or certain cybersecurity practices and risks;

**WHEREAS**, the Related Actions thus involve common questions of both law and fact, such that consolidation is warranted under Federal Rule of Civil Procedure ("F.R.C.P.") 42(a);

**WHEREAS**, on June 30, 2026, the Court entered a Related Case Order in each of the Related Actions, relating those actions pursuant to Civil L.R. 3-12(f) (*Patel* Dkt. No. 46; *Smith* Dkt. No. 11); and

**WHEREAS**, accordingly, it is now appropriate to consolidate the Related Actions under F.R.C.P. 42(a) given their shared common questions of both law and fact, as detailed above;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Pursuant to F.R.C.P. 42(a), the Related Actions (*Patel* and *Smith*) are hereby consolidated for all purposes.  All claims alleged therein shall proceed under the leadership of Meitav, as Lead Plaintiff previously appointed in the *Patel* Action.

2. These actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS -
3:26-cv-01613-JD, 3:26-cv-04869-JD

3. In light of the consolidation of the *Patel* and *Smith* actions, Defendants have no obligation to respond to the complaint in the *Smith* action, and all existing deadlines in the *Smith* action are hereby vacated.

4. The foregoing Joint Stipulation and [Proposed] Order does not affect any pending deadline in *Patel* as set forth in the Court's Order at Dkt. No. 43.

Dated: July 8, 2026

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice* forthcoming)
Austin Van (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com

*Counsel for Lead Plaintiff Meitav Provident and Pension Funds Ltd. and Lead Counsel for the Class*

Dated: July 8, 2026

**LAW OFFICES OF DAVID N. LAKE, A PROFESSIONAL CORPORATION**

*/s/ David N. Lake*
David N. Lake (SBN 180775)
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

3

**THE PASKOWITZ LAW FIRM P.C.**
Laurence D. Paskowitz
97-45 Queens Boulevard, Ste. 1202
Rego Park, NY 11374
Tel: (212) 685-0969
Email: lpaskowitz@pasklaw.com

**LAW OFFICES OF BETH A. KELLER, P.C.**
Beth A. Keller
118 N. Bedford Rd., Ste. 100
Mount Kisco, NY 10549
Tel: (914) 752-3040
Email: bkeller@keller-lawfirm.com

*Counsel for Samantha Smith*

Dated: July 8, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Kevin P.B. Johnson*
Kevin P.B. Johnson
Michael T. Lifrak
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
michaellifrak@quinnem

Jesse Bernstein (*pro hac vice*)
Leigha Empson (*pro hac vice*)
Daniel Sisgoreo (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
jessebernstein@quinnemanuel.com
leighaempson@quinnemanuel.com
danielsisgoreo@quinnemanuel.com

*Counsel for Defendants Snowflake Inc., Frank Slootman, and Michael P. Scarpelli*

4
JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS -
3:26-cv-01613-JD, 3:26-cv-04869-JD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jennifer Pafiti, am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Consolidating Related Actions. Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

\*      \*      \*

**[PROPOSED] ORDER**

**SO ORDERED.**

Dated this __23rd_____ day of __July_____, 2026.

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS -
3:26-cv-01613-JD, 3:26-cv-04869-JD